**Entered on Docket**
January 24, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 24, 2025



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

1  VINOD NICHANI | SBN 277607
   CHIA-CHEN ERIN SHIH | SBN 332199
2  JOANNE O'SULLIVAN | SBN 359964
   NICHANI LAW FIRM
3  1960 The Alameda, Suite 100
   San Jose, California 95126
4  Telephone: 408-800-6174
   Facsimile: 408-290-9802
5  vinod@nichanilawfirm.com
   erin@nichanilawfirm.com
6  joanne@nichanilawfirm.com

7  Attorney for Debtor
   STEVEN A. DEFIGUEIREDO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

In re:

STEVEN A. DEFIGUEIREDO,

Debtor.

Case No.: 25-30016

Chapter 13

ORDER ON DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS

The Debtor, having filed a motion requesting an extension of time to file documents (Doc. #17), IT IS HEREBY ORDERED as follows:

1. Good cause appearing, the motion is granted with respect to those missing documents that are required pursuant to Section 521(a)(1) and as set forth in the Court Order dated January 13, 2025 (Doc. # 5);

2. An extension is granted through February 24, 2025 within which to file the documents;

///

1

ORDER ON DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS

3. The Court must receive the Required Documents on or before the extended deadline in order to have timely complied and, absent timely compliance, the court will dismiss the case without further notice or hearing; and

4. The Court will not approve any further extensions.

**END OF ORDER**

2

Case: 25-30016    Doc# 18    Filed: 01/24/25    Entered: 01/24/25 09:24:11    Page 2 of 3
ORDER ON DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS

## COURT SERVICE LIST

None.

ORDER ON DEBTOR'S MOTION TO EXTEND TIME TO FILE REQUIRED DOCUMENTS

NICHANI LAW FIRM
1960 The Alameda, Suite 100
San Jose, California 95126